**FILED**

MAY – 7 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 07, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

 No. 19-51063   Mary Ellis v. Bluebonnet Venison Farms, Inc., et al
                USDC No. 5:18-CV-1219-JKP

The court has granted an extension of time to and including June 2, 2020 for filing appellant's/petitioner's brief in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Casey A. Sullivan, Deputy Clerk
                            504-310-7642

Ms. Jeannette Clack
Ms. Mary Ann Ellis
Mrs. Kelly Preston
Mrs. Tiffany Cox Stacy